UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| VALERIE D. WILLIAMS, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Case No.: 3:06-cv-534-RJC |
| ASTRAZENECA PHARMACEUTICALS, et. al., | ) |
| Defendants. | ) |

**ORDER OF DISMISSAL**

THIS MATTER is before the Court on its on motion. On January 3, 2007, this Court denied Plaintiff Williams' Motion for Leave to Proceed *in forma pauperis* and ordered her to pay the required filing fee within 30 days. (Doc. No. 3). It is now September 25, 2007, and Williams has failed to pay the filing fee. **THEREFORE, IT IS HEREBY ORDERED** that this matter is **DISMISSED** without prejudice.

Signed: September 25, 2007

Robert J. Conrad, Jr.
Chief United States District Judge

1